**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Philander Jenkins,                         Civil No. 06-3625 (RHK/AJB)

       Plaintiff,                           **ORDER**

v.

County of Hennepin, Minnesota, et al.,

       Defendants.

---

In view of Plaintiff's counsel's April 9, 2007, letter to this Court, the May 22, 2007, hearing before the undersigned is **CANCELED**. Either the undersigned or Magistrate Judge Boylan will consider the matters raised in said letter at the May 2, 2007, hearing now scheduled before Judge Boylan at 2:00 p.m. Defendants shall file written responses to the matters raised in Plaintiff's letter no later than April 24, 2007. All briefing on the pending dismissal motions is **STAYED** and a revised schedule for briefing and a new hearing date will be established on May 2, 2007.

Dated: April 13, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge