**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Philander Jenkins,

                      Plaintiff,

                                          Civ. No. 06-3625 (RHK/AJB)
                                                **ORDER**

v.

County of Hennepin, Minnesota, *et al.*,

                      Defendants.

By Order dated July 3, 2007, the Court directed the parties to submit memoranda addressing the impact of the Supreme Court's recent decision in Bell Atlantic Corp. v. Twombly, __ U.S. __, 127 S. Ct. 1955 (2007), on Defendants' pending Motions to Dismiss. Due to scheduling conflicts, Plaintiff has requested an extension of the briefing schedule set forth in the Court's prior Order. That request is hereby **GRANTED** and the briefing schedule is modified as follows:

- opening memoranda – one each from Plaintiff, the County Defendants, and the State Defendants – not to exceed ten (10) pages, shall be served and filed on or before July 17, 2007;

- responsive memoranda – one each from Plaintiff, the County Defendants, and the State Defendants – not to exceed five (5) pages, shall be served and filed on or before July 24, 2007; and

- there will be <u>no</u> reply memoranda.

Dated: July 13, 2007                                                                s/Richard H. Kyle
                                                                                                 RICHARD H. KYLE
                                                                                                 United States District Judge