**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Philander Jenkins,

                Plaintiff,

                                        Civ. No. 06-3625 (RHK/AJB)
                                        **ORDER**

v.

County of Hennepin, Minnesota, *et al.,*

                Defendants.

---

      This matter is before the Court pursuant to the parties Stipulation to Extend Scheduling Order (Doc. No. 137), in which the parties agree to alter the briefing schedule for Defendants' Motion for Summary Judgment. Without opining on the propriety of the Stipulation,[1] **IT IS ORDERED** that the Stipulation is **APPROVED**, and the parties' Motion papers shall be submitted in accordance with the deadlines set forth in the Stipulation.

Dated: August 13, 2009                                       s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge

---

[1] The briefing deadlines for dispositive motions set by Local Rule 7.1(b) are for the benefit of the Court as well as the parties. Accordingly, alterations to those deadlines cannot be accomplished by Stipulation, but rather require leave of the Court, by Motion or otherwise.