# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Philander Jenkins,

                      Plaintiff,

                                                Civ. No. 06-3625 (RHK/AJB)
                                                       **ORDER**

v.

County of Hennepin, Minnesota, *et al.*,

                      Defendants.

      This matter is before the Court *sua sponte*. Defendants have filed a Motion for Partial Summary Judgment in this action, which is scheduled to be heard on September 29, 2009, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court has concluded that oral argument will not materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motion is **CANCELED**. The Motion is deemed submitted as of September 21, 2009, the date of Defendants' Reply Memorandum.

Dated: September 23, 2009                                        s/Richard H. Kyle
                                                                              RICHARD H. KYLE
                                                                              United States District Judge